AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

MICHAEL WILLIAMSON, et al,

      Plaintiff,            JUDGMENT IN A CIVIL CASE
V.

                                    CASE NUMBER: 3:12-cv-00082-RCJ-WGC

WELLS FARGO MORTGAGE BACKED
SECURITIES 2005-AR3 TRUST, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Motion to Dismiss [5] is GRANTED and any lis pendens on the Property is EXPUNGED.

May 14, 2012                                          **LANCE S. WILSON**
Date                                                        Clerk

                                                                 /s/   M. Campbell
                                                                      Deputy Clerk