AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*            DISTRICT OF   NEVADA

MICHAEL WILLIAMSON, et al,

      Plaintiff,
V.

WELLS FARGO MORTGAGE BACKED SECURITIES 2005-AR3 TRUST, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:12-cv-00082-RCJ-WGC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Motion to Dismiss [5] is GRANTED and any lis pendens on the Property is EXPUNGED.

May 14, 2012                         **LANCE S. WILSON**
   Date                                       Clerk

                                                 /s/   M. Campbell
                                                    Deputy Clerk